Argued October 5—decided October 5, 1971

STRADMORE DEVELOPMENT CORPORATION ET AL. *v.* JAMES A. MANAFORT ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

No appearance for the appellees (plaintiffs).

*William A. McQueeney,* assistant attorney general, for the appellants (defendants).

Argued October 5—decided October 5, 1971